UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODWELL SHOOTES,<br><br>*Plaintiff*,<br><br>v.<br><br>DEFENSE INTELLIGENCE AGENCY,<br><br>*Defendant*. | Civ. A. No. 20-1607 (ABJ) |

**DEFENDANT'S STATUS REPORT**

Defendant, Defense Intelligence Agency ("Defendant" or "Agency"), by and through undersigned counsel, hereby files this Status Report concerning this action that Plaintiff commenced in D.C. Superior Court and which Defendant removed to this Court on June 18, 2020.

As Defendant stated in its Notice of Removal, Plaintiff failed to properly serve the United States with the Summons and Complaint as required by Federal Rule of Civil Procedure ("Rule") 4(i).  *See* ECF No. 1 at 1 n.1.  The act of removal alone does not trigger an obligation to answer a complaint that has not yet been properly served.  *See Norsyn, Inc. v. Desai*, 351 F.3d 825, 829 (8th Cir. 2003).  Accordingly, the times set forth in Rule 81(c) within which a defendant properly served with a summons and complaint before removal must answer the complaint following removal do not apply in this circumstance.  Defendant therefore provides this Status Report to notify the Court of its intention to file a motion to dismiss the complaint on or before July 24, 2020.

To the extent the Court deems the time limits set forth in Rule 81(c) applicable, Defendant respectfully requests that the Court extend the deadline for Defendant's Answer to the

Complaint until July 24, 2020, to provide Defendant the additional time it will require to prepare an appropriate dispositive motion.[1]

Dated: June 19, 2020                                    Respectfully submitted,

                                            MICHAEL R. SHERWIN
                                            Acting United States Attorney

                                            DANIEL F. VAN HORN
                                            D.C. BAR 924092
                                            Chief, Civil Division

                                  By:   */s/ Daniel P. Schaefer*
                                            DANIEL P. SCHAEFER
                                            D.C. BAR 996871
                                            Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2531
                                            Daniel.Schaefer@usdoj.gov

                                            *Counsel for Defendant*

---

[1] Defendant's counsel sent an email to Plaintiff earlier this afternoon at approximately 2:20 PM to inquire if Plaintiff would consent to a 30-day enlargement, but as of this filing at 5:45 PM undersigned counsel had not yet received a response from Plaintiff. Accordingly, to the extent the Court deems an enlargement request necessary in this circumstance, Plaintiff's consent to the request could not be obtained. Undersigned counsel will be on leave beginning Monday, June 22, returning to telework status on Monday, June 29.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2020, I served the foregoing Status Report by electronic means, through the Court's CM/ECF system, and upon Plaintiff by email at rshootes@gmail.com.

                                                  */s/ Daniel P. Schaefer*
                                                  DANIEL P. SCHAEFER