UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| RODWELL SHOOTES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1607 (ABJ) |
| | ) | |
| DEFENSE INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Pending before the Court is defendant Defense Intelligence Agency's motion to dismiss the complaint [Dkt. # 5]. This motion could potentially dispose of the case. Since the plaintiff is proceeding *pro se*, the Court hereby notifies plaintiff that under the Federal Rules of Civil Procedure and the local rules of this Court, the Court may grant the motion and dismiss the case if plaintiff fails to respond.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. The Court said, "[t]hat notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In addition, the Court's local rules concerning motions to dismiss state: "[w]ithin 14 days of the date of service or as such other time as the court may direct, an opposing party shall serve

and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b).

Accordingly, it is

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss on or before **August 14, 2020**. If plaintiff fails to file a timely response, the Court will grant the motion to dismiss as conceded. The Court will await the outcome of the motion to dismiss before establishing a discovery schedule.

**SO ORDERED.**

*/s/ Amy B. Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE:  July 28, 2020